### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY McCANTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-00027-CG-M |
| | ) | |
| GREDE II, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT

In accordance with the Order granting Defendant's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff, Anthony McCants.  It is, therefore, **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED with prejudice.**  Costs are to be taxed against Plaintiff.

**DONE and ORDERED** this 29th day of July, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE